095-102-00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CARLOS BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 1:13-01286-JDT-egb |
| ) | |
| ASSISTANT WARDEN DICKERSON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court that the Plaintiff and Defendants Kiara Harwell, Tanja Campbell, and Kesha King (hereinafter referred to collectively as "Defendants") have agreed, as evidenced by the signatures of Plaintiff and counsel for the Defendants that the Plaintiff's claims against the Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff against the Defendants are hereby dismissed with prejudice as an adjudication of the merits, and final judgment shall be entered for the Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no attorney's fees or expenses will be awarded to the Plaintiff against Defendants pursuant to statute or common law, and that no discretionary costs or expenses will be requested by the Plaintiff from the Defendants, and no such fees, costs, or expenses will be awarded or assessed against Defendants.

The Clerk is hereby directed to enter judgments consistent with this Order.

IT IS SO ORDERED.

                                                  **s/James D. Todd**
                                                  JUDGE

APPROVED FOR ENTRY:

By:    s/Carlos M. Bush (original on file at Pentecost, Glenn, Mauldin & York, PLLC)
        Carlos M. Bush
        BOP #23598-076
        USP COLEMAN II
        U.S. PENITENTIARY
        P.O. BOX 1034
        COLEMAN, FL 33521


By:    s/Nathan D. Tilly
        James I. Pentecost (#11640)
        Nathan D. Tilly (#031318)
        PENTECOST, GLENN, MAULDIN, & YORK, PLLC
        Attorney for Defendant
        106 Stonebridge Boulevard
        Jackson, Tennessee 38305
        (731) 668-5995- Telephone
        (731) 668-7163- Fax