# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

CARLOS BUSH,

      Plaintiff,

v.                                        Civil Action No. 1:13-1286-JDT/egb

ASSISTANT WARDEN
DICKERSON, ET AL,

      Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Consent Order of Dismissal, entered in the above-styled matter on 7/24/2017, this case is hereby dismissed with prejudice.

**APPROVED:**

                                                        s/James D. Todd
                                                        James D. Todd
                                                        United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**