RECEIVED
SEP 1 1 2017
CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

9.4.17

My Name is Carlos Bush #23598-076

It was money taking From my Account $505 For Appeal Filing Fee. That was paid For By The Defendants that I was Sueing our settlement was they was Going to pay For all my court cost that was involve with the civil case. $505 was taking from my Account @ Friday 9.1.17 For Appeal in Forma Pauperis and assess the Filing Fee. The Defendants Already paid all my court cost And money was taking From my account to pay For Court cost And it have already Been paid For. the money was taking off my Account 9.1.17 So can you please tell me why was my money taking off my account to pay again? Can you please look into this matter and let me know whats Going on. please. Thank you please let me know some ASAP.

Carlos Bush #23598-076

13-1286

RECEIVED

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

Carlos Bush
#23598-076

USP-Coleman #2
P.O. Box 1034
Coleman, FL. 33521