Thomas M. Gould
*Clerk of Court*



# United States District Court
## Western District of Tennessee

| Federal Building | Federal Courthouse |
|---|---|
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| 901-495-1200 (Telephone) | 731-421-9200 (Telephone) |
| 901-495-1250 (Facsimile) | 731-421-9210 (Facsimile) |

September 21, 2017

Carlos Bush # 23598-076
USP Coleman #2
P.O. Box 1034
Coleman, FL 33521


RE: 1:13-cv-1286 JDT/egb re Carlos Bush # 23598-076


Mr. Bush:

The Trust Fund Officer was under Court Order to send payment to the Court for your fees. If a receipt was not provided to the Trust Fund Officer when your fees were paid by Attorney Nathan Tilley's office then the Trust Fund Officer would not have known of the payment. On 9/15/2017, the Clerk's Office received a payment from your current facility. Our Finance Unit has processed a refund for the recent payment from your facility. The refund should be received at the facility within 10 to 14 days.

Sincerely,

s/Cassandra Ikerd


Cassandra Ikerd
Deputy Clerk